# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 AUG -1 PM 3:23

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>FRANCISCO REYNAGA-RANGEL,<br><br>                Defendant. | CASE NO. 12CR2759-AJB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8USC1326(a) AND (b) - REMOVED ALIEN FOUND IN THE UNITED STATES

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 1, 2012

Nita L. Stormes
U.S. Magistrate Judge